1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTERMUNE, INC. SECURITIES LITIGATION | Master File No. C-03-2954-SI |
| | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |
| ALL ACTIONS. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  THIS MATTER having come before the Court on August 26, 2005, on the application of
2 Lead Plaintiff's counsel for an award of attorneys' fees, reimbursement of expenses incurred by
3 Lead Plaintiff's counsel in the litigation, and reimbursement of costs and expenses incurred by Lead
4 Plaintiff, Lance A. Johnson, directly related to this litigation; the Court having considered all papers
5 filed and proceedings conducted herein, having found the settlement of this litigation to be fair,
6 reasonable and adequate and otherwise being fully informed in the premises and good cause
7 appearing therefore;

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

9  1.   All of the capitalized terms used herein shall have the same meanings as set forth in
10 the Stipulation of Settlement dated as of May 6, 2005 (the "Stipulation").

11  2.   This Court has jurisdiction over the subject matter of this application and all matters
12 relating thereto, including all Members of the Settlement Class who have not timely and validly
13 requested exclusion.

14  3.   The Court hereby awards Lead Plaintiff's counsel attorneys' fees of 25 percent of the
15 Settlement Fund and reimbursement of expenses in an aggregate amount of $136,518.21. Said fees
16 and expenses shall be allocated among Lead Plaintiff's counsel in a manner which, in Lead
17 Counsel's good faith judgment, reflects each such counsel's contribution to the institution,
18 prosecution and resolution of the litigation. The Court finds that the amount of fees awarded is fair
19 and reasonable under the "percentage-of-recovery" method, and would also be fair and reasonable
20 under the lodestar method.

21  4.   The Court hereby awards Lead Plaintiff, Lance A. Johnson, costs and expenses of
22 $3,918.00. The Court finds that payment of these costs and expenses to Lead Plaintiff is reasonable
23 and appropriate.

24  5.   The awarded attorneys' fees and expenses shall be paid to Lead Counsel from the
25 Settlement Fund immediately after the date this Order is executed subject to the terms, conditions
26 and obligations of the Stipulation.

Case 3:03-cv-02954   Document 159   Filed 08/26/2005   Page 3 of 4

1  6.  The award of costs and expenses to Lead Plaintiff, Lance A. Johnson, shall be paid to
2  Lance A. Johnson from the Settlement Fund immediately after the date this Order is executed subject
3  to the terms, conditions and obligations of the Stipulation.

4  IT IS SO ORDERED.

6  DATED: 8/26/05

**GRANTED**

Judge Susan Illston

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES -
C-03-2954-SI                                                                                                                    - 2 -

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
<u>AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES</u>**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 26, 2005, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

2. [PROPOSED] FINAL JUDGMENT AND ORDER OS DISMISSAL WITH PREJUDICE

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Richard Joffe
Lynda J. Grant
Goodkind, Labaton, Rudoff & Sucharow, LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Executed on August 26, 2005, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　*S/Kyaa D. Heller*
　　　　　　　　　　　Kyaa D. Heller